# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Blanton, Lewis M. | U. S. District Court, E.D.Mo. | 07/17/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-Time Magistrate Judge | ☐ Nomination, Date ☐ Initial ☐ Annual ☑ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Former:
111 U.S. Courthouse
555 Independence, Suite 4000
Cape Girardeau, MO 63703

Present:
Lewis M. Blanton    EJä ~ãã~ãÄã~ãíçã]  Ãã~ãíçãã~ã ãÄçã
Blanton Law Firm
P.O. Box 805
Sikeston, MO 63801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | I am vested in the retirement plan for judges of the State of Missouri. As of March 5, 1996, I began to receive retirement benefits. (contd Part VIII) |
| 2. | 2012 | Please see Statement Regarding Negotiation for Post-Judicial Employment in compliance. (contd Part VIII) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| _ä~åíçåⅠ~i Eï áë~j ⅠⅩ | MTⅬNTⅬOMNQ |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | OMNP | o EíáéEä Eåí~Ⅵëçä =pí~íEⅶçⅣ=j äëëçì ëä~ë~Ⅳçë EëⅶëⅠ~í ÇOEⅩ | APQIURSⅠRO |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | OMNP | mì ⅩäⅵⅩ=pⅩUçç仙=o EíáéEä Eåí=póëíEä =çⅣ=j äëëçì ëäⅣⅵçä =íE~ⅩUⅵⅩO·ⅠⅩAEO~ⅵⅩⅵⅩ=gì äóⅠⅩOMMOⅩ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| _ä~åíçåⅡ=i EÏ  äëⅈj  Ҡ | MTⱢNTⱢOMNQ |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28–31 of filing instructions.)*

[✓]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32–33 of filing instructions.)*

[✓]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| _ä~åíçåÏi EÏ áë=j K | MTLNTLOMNQ |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. qEã éäEíçà=t çëäÇ=c ì åÇÏ ä~ëë=^ =fo^ Ej i ïi~årc ì åÇÏ | _ | a äï áÇEàÇ | h | q | pçïÇ Eë~ëïF | MNLMVLNP | g | | |
| 2. | | | | | pçãÇ Ém~èïF | MRLMVLNP | g | | |
| 3. j çåïÕçã Eëó~_åäÏk I^ IÏpäáÏEëïçåÏj I E^ ÏÀçi åïëF | ^ | fäïEëÏëï | h | q | | | | | |
| 4. s ~åÕï ~ëÇ=mëïä E=j çàEó=j ~ëäEï=c ì åÇ Eoï I Jfo^ F | ^ | fäïEëÏëï | g | q | | | | | |
| 5. s ~åÕï ~ëÇ=fäïEëä~äçå~ïd êçÏ ïÜ=c ì åÇ fäï Eëïçï=Eo ìï Jfo^ F | ^ | a äï áÇEàÇ | g | q | | | | | |
| 6. s ~åÕï ~ëÇ=qçç ïÏ~ëpíçÀä=j ~ëäEïÏfåÇEä=c ì åÇ fäï IÏEoì ïÏ Jfo^ IEv F | | | | | pçïÇ Eë~ëïF | MVLMQLNM | g | | |
| 7. | | | | | ´ áçëÇEÇ | NOLMISLNM | h | | |
| 8. s ~åÕï ~ëÇ=qçç ïÏ~ëpíçÀä=j ~ëäEïÏfåÇEä ^ ÏÇä äë~ärc ì åÇÏEfo^ F | ^ | a äï áÇEàÇ | i | q | | | | | |
| 9. s ~åÕï ~ëÇ=Eëqpäb~=^ äïUt çëäÇÏEÜJr Ipï=fäïI cì åÇEfo^ F | ^ | a äï áÇEàÇ | g | q | | | | | |
| 10. s ~åÕï ~ëÇ=_ çàäEä=OE=^ ÏÀçi åïJe | | k çåE | | | | | | | |
| 11. JmëçNEëëä~çå~ïëÕ=ïäÖ=j ~å=OEÇ=^ h o b=cçÀäi ë oEï~ïÀä=ëë=Efo^ F= | ^ | a äï áÇEàÇ | g | q | | | | | |
| 12. qï=o çï E=mëäàÏE=k EÏ ëe çëáçÀäëc ì åÇÏEfo^ F | _ | a äï áÇEàÇ | h | q | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| _ä~åíçåⱡ=i Eï áë~j K | MTLNTLOMNQ |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

m~OE=NI=_çñ=P‹  qUäë=Νåå~ã=cáå~åΛå~ã=áëΛåçëi ëE=o Eéçéí=ï ~ë=çëáOíå~äió=Çi E=^ éêää=OTΙ=OMNQ‹=^ å=EñíEåⱡëåçå=çⱡ=VMΞÇ~ôë=ï ~ë=Oë=åíEÇÑ  pEE=Eã ~íä=Ç~íEÇ=^ éêää=NMΙ=OMNQ=Νéçã =j ~ëíäóå=e çää Eë‹=E=^ ã EåÇã Eåí=NF

m~OE=NI=_çñ=S‹  f=ï ~ë=åçí=Eã åçEÇ~ë=~j ~Oåëíê=íE=gi ÇOE=ã çêE=íU=å=SMΞÇ~ôë=íå=OMNQ‹=f=éErëáäEÇ=çå~c EAëi ~ëó=OUΙ=OMNQK

m~êí=ffⱡäåäE=NⱡK  m~êíåEê=å~åÇ~q Eëã ë=ëEΨⱡ=ã ~í=î Eê~çΙ=EⱡEΨⱡEⱼⱼ=qUE=éä=å=ëEEⱼ áëⱼEΨ=å~çΝåçå~åⱼáåⱼⱼáåⱼÜ~Ó=íUE=ë=íⱼáåⱼ~å~ⱼ=åⱼ~íⱼ... (illegible)
  fk cl o j ^ qfl k ⱼ ⱼk l qb¾=qUE=åEåçÅⱼíåⱼ=OⱼEEåçå~ⱼï ... (illegible)  ÅEAÇ~ å~�O=^~r Ιkpⱼ=j ~Oíⱼⱼⱼ=íå=gⱼ COE=çå=ⱼ ΛíçⱼⱼE=NUⱼ=NVVNK

m~êí=ffⱼäⱼäE=OK  m~êíåEê=å~åÇ~q Eëã ç Eⱼ gⱼ Çüⱼ~~ï~ãⱼ ë áç åⱼ Eⱼⱼ Ⱶ áÑⱼⱼⱼ áíU=píçⱼ~~ⱼ ⱼíⱼ=pE Λ~íⱼⱼⱼ å=NTⱼEⱼⱼFⱼⱼ=Ⱶ íEÇⱼ~ⱼ RⱼⱼOMNQ (illegible)

m~êí=fffJ^ ⱼ  o EⱼⱼⱼE å ~íⱼNⱼça =píⱼⱼⱼÇⱼⱼ=j ~EÇⱼⱼi êⱼⱼⱼ=ⱼ çⱼ í=Eⱼⱼⱼ EÅⱼ EÇⱼⱼ=U~ⱼ EÇⱼⱼⱼⱼⱼⱼⱼ~ⱼⱼ ... (illegible)

m~êí=s Ιⱼⱼⱼ E=Nⱼⱼⱼ  qUE=Νⱼⱼ E~EⱼⱼEⱼⱼ EÇⱼⱼ~Eåⱼⱼⱼⱼ Eⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼ (illegible)

m~êí=s ffJPⱼ=  j çåⱼⱼçⱼ Eⱼⱼⱼⱼⱼ~åⱼⱼ~ΛçⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼK

m~êí=s ffJQ‹  qUE=î ~å E=çⱼⱼⱼⱼⱼ=s ~ⱼOⱼⱼⱼⱼ=j çⱼⱼⱼⱼ Eⱼ ... (illegible)

m~êí=s ffJSΙTΙUⱼ  s ~Oⱼ ~Çⱼⱼ EñⱼÄU~Oⱼ~ÇOEⱼ EⱼⱼⱼⱼEⱼⱼ=s ~Oⱼ ~Çⱼⱼq çⱼⱼⱼⱼⱼⱼⱼ ... (illegible)

m~êí=s fffJVⱼ  c q p b=^ äⱼJⱼ çⱼⱼⱼEⱼⱼJⱼ ⱼkpⱼⱼⱼⱼⱼⱼⱼ~ⱼⱼ=VΙNQΙOMNM ... (illegible)

m~êí=s fffJNMⱼ  s ~Oⱼ ~Çⱼⱼ_ Eçⱼ Eⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼ ffNNⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼ (illegible)

m~êí=s fffJNMⱼNNNΙNOΙ=NPΙNQⱼⱼ~ÇⱼNRⱼEⱼ Eⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼ Eⱼⱼⱼⱼⱼ çⱼ EⱼOMNOⱼⱼ
  _~ⱼ çⱼ~ⱼm~êíⱼEⱼⱼⱼc í ⱼ ~ÇΙⱼ~ çⱼ COE=C= ̀ ⱼ çñ~ⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼ NMM  c ⱼ ~Çⱼï Eⱼⱼⱼⱼⱼ Eⱼⱼⱼⱼⱼⱼⱼⱼⱼ=OMNOK

| Name of Person Reporting | Date of Report |
|---|---|
| _ä~åíçåⱵi Eï áë=j  Ḱ | MTLNTLOMNQ |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   ëⱵi Eï áë=j  Ḱ_ä~åíçå

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544